# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

VAKARVERY AVRICK SCOTT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0907

_____

October 31, 2025

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Blair Allen, Public Defender, and Andrea Flynn Mogensen, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LUCAS, C.J., and ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.